

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 261ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On September 11, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Vinh Huu Cao & Mai Hong Luu v. Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts

Court of Appeals No. 15-24-00012-CV
Trial Court No. D-1-GN-21-002809

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellant, Vinh Huu Cao & Mai Hong Luu, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 21, 2025.

**CHRISTOPHER A. PRINE, CLERK**